UNITED STATES DISTRICT COURT
for the District of Massachusetts

UNITED STATES OF AMERICA     )
                             )
v.                           )   DOCKET NO. 22-CR-10279-AK
                             )
MARIO SANTANA                )
                             )

MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, MARIO SANTANA, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓)   Disagreement on strategy;

(✓)   Failure to obtain a bail appeal;

(✓)   Lack of understanding between me and my attorney;

(✓)   Failure to present my best interests;

(✓)   Other: My Attorney & I Lack Communication and does not understand my arguements, Also he is disrespectful to my family, Also being unprofessional

Date: 2/24/23

Respectfully submitted;

*Mariano Santana*, Pro Se

26 Long Pond Road
Plymouth, MA 02360