Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360
Feb. 24, 2023

FILED
IN CLERKS OFFICE
2023 FEB 27 PM 12: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court for
the District of Massachusetts
U.S. Courthouse
One Courthouse Way – Suite 2300
Boston, MA 02210

RE: United States of America v. MARIO SANTANA
NO: 22-CR-10279 AK

Dear Sir/Madam:

Enclosed for action, filing and docketing regarding the above-referenced matter, please find MOTION TO DISMISS ATTORNEY AND TO APPOINT NEW ATTORNEY.

Kindly mark this motion up for hearing at your earliest convenience.

Very truly yours,

Mariano Santana
, Pro Se

Enclosure
cc:   U.S. Attorney
Oriosto SANTANA, ESQ